# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

Arnetta Sturdivant, individually and on
behalf of all others similarly situated,

       Plaintiff,                    Case No.:  1:21-cv-00645-TDS-JLW

v.

Portfolio Recovery Associates, LLC,

       Defendant.

                                         /

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsels that the above-captioned action is voluntarily dismissed, with prejudice

against the defendant Portfolio Recovery Associates, LLC pursuant to the Federal Rules of Civil

Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| By: */s/ Arthur Piervincenti* | By:  s/ *Brian A. Kahn* |
| Arthur Piervincenti, Esquire | Brian A. Kahn, Esquire |
| Piervincenti & Tarantino Law PLLC | McGuire Woods, LLP |
| 8584 NC Highway 150 | 201 North Tryon Street, Suite 3000 |
| Terrell, NC  28682 | Charlotte, North Carolina 28202 |
| Tel: 704-360-8181 | Tel: (704) 343-2351 |
| Email: arthur@ptlawpllc.com | Email: bkahn@mcguirewoods.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | |
| Dated: July 18, 2022 | Dated: July 18, 2022 |

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18 day July, 2022, I caused a true and correct copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE, with any and all attachments, to be filed electronically with the Clerk of Court via the Court's CM/ECF system and to be duly served upon all parties to this action, as listed below, via via electronic mail.

**MCGUIREWOODS LLP**

Brian A. Kahn
North Carolina Bar No. 29291
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
Telephone: (704) 343-2351
Facsimile: (704) 444-8869
bkahn@mcguirewoods.com

*Attorney for Defendant Portfolio Recovery Associates, LLC*

*/s/ Arthur Piervincenti*
Arthur Piervincenti, Esq.

*Counsel for Plaintiff Arnetta Sturdivant, individually and on behalf of all others similarly situated*

2